1  COX, WOOTTON, GRIFFIN,
   HANSEN & POULOS, LLP
2  Terence S. Cox (SBN 076142)
   Marc T. Cefalu (SBN 203324)
3  Max L. Kelley (SBN 205943)
   190 The Embarcadero
4  San Francisco, CA 94105
   Telephone No.: 415-438-4600
5  Facsimile No.: 415-438-4601

6  Attorneys for Petitioners
   THE SAN FRANCISCO BAR PILOTS
7  BENEVOLENT AND PROTECTIVE
   ASSOCIATION and the SAN FRANCISCO BAR
8  PILOTS

**FILED**

DEC 0 2 2005

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

In the Matter of the Complaint of THE ) Case No.: C 05-2975 MJJ
SAN FRANCISCO BAR PILOTS )
BENEVOLENT AND PROTECTIVE ) **STIPULATION AND**
ASSOCIATION and the SAN ) [PROPOSED] **ORDER**
FRANCISCO BAR PILOTS, as Owners ) **CONTINUING THE BRIEFING**
and/or Charterers, of the P/V GOLDEN ) **SCHEDULE AND HEARING OF**
GATE, Limitation Petitioners, for ) **CLAIMANTS' MOTION FOR**
Exoneration from or Limitation of ) **RELIEF FROM STAY**
Liability. )

It is hereby stipulated by and between the parties to this action, through their respective counsel, that the hearing date for Claimants IGOR KWASNIZA and ALEXANDER NEWCOMB's Motion for Relief from Stay be continued to January 10, 2006. The previously scheduled hearing date of December 6, 2005, has been vacated as a result of the parties' previously requested continuance.

///
///
///
///
///
///

-1-                                                Case No. C 05-2975 MJJ
STIPULATION AND [PROPOSED] ORDER CONTINUING BRIEFING SCHEDULE AND HEARING ...

FROM COX, WOOTTON, GRIFFIN, HANSEN&POULOS, LLP     (WED) 11. 23' 05 10:52/ST. 10:52/NO. 4861698157 P 3

1     The parties also stipulate and request that the briefing schedule on the motion be as
2     follows:
3     Petitioner's Opposition Brief due:    December 20, 2005
4     Claimant's Reply Brief due:    December 27, 2005

6     Dated: November 23, 2005      COX, WOOTTON, GRIFFIN,
7         HANSEN & POULOS, LLP
        Attorneys for Petitioners
        THE SAN FRANCISCO BAR PILOTS
        BENEVOLENT AND PROCTECTIVE
        ASSOCIATION and the SAN FRANCISCO
        BAR PILOTS

        By: _____
             Terence S. Cox

13     Dated: November 23, 2005      LAW OFFICES OF LYLE C. CAVIN, JR.
        Attorneys for Claimants IGOR KWASNIZA
        and ALEXANDER NEWCOMB

        By: _____
             Ronald Klein

    PURSUANT TO STIPULATION IT IS ORDERED that the hearing of Claimant's Motion for Relief from Stay is continued to January 10, 2006 and that the briefing deadlines are continued as follows: Petitioner's Opposition Brief is due on December 20, 2005 and Claimants' Reply Brief is due on December 27, 2005.

Dated: 11/29, 2005      By: _____
             The Honorable Martin J. Jenkins
             United States District Court Judge