FEB-23-07  10:09AM  FROM-LYLE CAVIN LAW OFFICES  From: +5104444209  Page: 2/9  Date: 2/23/2007 10:23:59 AM  +5104444209  T-886  P.002/009  F-834

FROM COX, WOOTTON, GRIFFIN, HANSEN&POULOS, LLP  (THU) 2. 22' 07 16:29/ST. 16:27/NO. 4861698581 P 9

|  |  |
|---|---|
| 1 | COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP |
| 2 | Terence S. Cox (SBN 076142) <br> Marc T. Cefalu (SBN 203324) |
| 3 | 190 The Embarcadero <br> San Francisco, CA 94105 |
| 4 | Telephone No.: 415-438-4600 <br> Facsimile No.: 415-438-4601 |
| 5 |  |
| 6 | Attorneys for Petitioners <br> THE SAN FRANCISCO BAR PILOTS <br> BENEVOLENT AND PROTECTIVE |
| 7 | ASSOCIATION and the SAN FRANCISCO BAR PILOTS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In the Matter of the Complaint of THE SAN FRANCISCO BAR PILOTS BENEVOLENT AND PROTECTIVE ASSOCIATION and the SAN FRANCISCO BAR PILOTS, as Owners and/or Charterers, of the P/V GOLDEN GATE, Limitation Petitioners, for Exoneration from or Limitation of Liability. | Case No.: C 05-2975 MJJ <br><br> STIPULATION DISMISSING CLAIM OF ALEXANDER NEWCOMB <br><br> FRCP 41(a) |
|---|---|

WHEREAS, the petitioners THE SAN FRANCISCO BAR PILOTS BENEVOLENT AND PROTECTIVE ASSOCIATION, the SAN FRANCISCO BAR PILOTS ["the petitioners"], and claimant ALEXANDER NEWCOMB have agreed to a settlement of Mr. Newcomb's claim;

///
///
///
///
///
///
///
///

-1-

Case No. C 05-2975 MJJ

FEB-23-07  10:09AM  FROM-LYLE CAVIN LAW OFFICES   From: +5104444209   Page: 3/9   Date: 2/23/2007 10:23:59 AM   +5104444209   T-886   P.003/009   F-834

FROM COX, WOOTTON, GRIFFIN, HANSEN&POULOS, LLP   (THU) 2. 22' 07. 16:29/ST. 16:27/NO. 4861698581 P. 10

1  IT IS HEREBY STIPULATED by and between the petitioners and Alexander
2  Newcomb through their respective counsel of record that Mr. Newcomb's claim *only* be
3  dismissed with prejudice pursuant to FRCP 41(a)(1) with each party to bear their own costs
4  and attorneys fees. Endorsement of this agreement may be by counterpart signatures.

5

6  Dated: February 22, 2007            COX, WOOTTON, GRIFFIN,
                                       HANSEN & POULOS, LLP
                                       Attorneys for Petitioners
7                                      THE SAN FRANCISCO BAR PILOTS
                                       BENEVOLENT AND PROCTECTIVE
8                                      ASSOCIATION and the SAN FRANCISCO
                                       BAR PILOTS
9
                                       By _____
10                                             Terence S. Cox

11

12  Dated: February 23, 2007           LAW OFFICES OF LYLE C. CAVIN, JR.
                                       Attorneys for Claimants IGOR KWASNIZA
13                                     and ALEXANDER NEWCOMB

14
                                       By: _____
15                                              Alfred G. Johnson

16

[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Martin J. Jenkins — 03/01/07]

-2-                                                                      Case No. C 05-2975 MJJ