**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                           IN THE UNITED STATES DISTRICT COURT
9                        FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   SAN FRANCISCO BAR PILOTS                No. C-05-2975 MJJ
     BENEVOLENT AND PROTECTIVE
12   ASSOCIATION, et al.,                     **ORDER RE STATUS STATEMENT**
13              Plaintiffs,
14     v.
15   IGOR KWASNIZA.,
16              Defendant.
                                                           /
17

18          Upon reviewing the docket in this matter, the Court notes that there has been a period of

19   inactivity.  To apprise the Court of any recent development and to ensure the progress and resolution

20   of this matter, the Court directs the parties to file a joint statement detailing the current status of this

21   action.  The parties shall file the statement within seven business days of the filing date of this Order.

22   If, upon reviewing the parties' statement, the Court finds a status hearing necessary, it will contact the

23   parties with the hearing date and time.

24   **IT IS SO ORDERED.**

25

26   Dated:   10/23/07                                  _____
                                                        MARTIN J. JENKINS
27                                                      UNITED STATES DISTRICT JUDGE

28